1  STEPHANIE M. HINDS (CABN 154284)
   United States Attorney
2
   THOMAS A. COLTHURST (CABN 99493)
3  Chief, Criminal Division

4  LEIF DAUTCH (CABN 283975)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7534
7       FAX: (415) 436-7200
        Leif.Dautch@usdoj.gov
8
   Attorneys for United States of America
9
                        UNITED STATES DISTRICT COURT
10
                       NORTHERN DISTRICT OF CALIFORNIA
11
                             SAN FRANCISCO DIVISION
12

13 | UNITED STATES OF AMERICA,           )  CASE NO. 22-MJ-71179-MAG-3
                                         )
14 |     Plaintiff,                      )  [PROPOSED] DETENTION ORDER
                                         )
15 |     v.                              )
                                         )
16 | RICARDO MOLINERO-ALCARAZ,           )
                                         )
17 |     Defendant.                      )
                                         )
18

19      On September 6, 2022, defendant Ricardo Molinero-Alcaraz was charged by criminal complaint

20 with conspiracy to possess and distribute controlled substances, in violation of Title 21, United States

21 Code, Sections 846 and 841(a)(1).

22      This matter came before the Court on September 13, 2022 for a detention hearing, and a

23 continued hearing was held on September 14, 2022. The defendant was present and represented by

24 Steven Kalar. Assistant United States Attorney Leif Dautch appeared for the government. The

25 government moved for detention, and the defendant opposed. At the hearing, counsel submitted proffers

26 and arguments regarding detention.

27      Upon consideration of the facts, proffers and arguments presented, and for the reasons stated on

28 the record, the Court finds by a preponderance of the evidence that no condition or combination of

conditions will reasonably assure the appearance of the person as required.  Accordingly, the defendant must be detained pending trial in this matter and pending his transfer to the Middle District of Tennessee to face these charges.

The present order supplements the Court's findings and order at the detention hearing and serves as written findings of fact and a statement of reasons as required by Title 18, United States Code, Section 3142(i)(1).  As noted on the record, the Court makes the following findings as the bases for its conclusion:  (1) the Pretrial Services bail report makes clear the defendant has a significant lifestyle involving luxury cars, boats, and jewelry funded by his alleged drug dealing; (2) the defendant was on probation at the time of the offense; (3) the defendant is charged with operating an elaborate multi-state drug conspiracy; (4) the defendant has traveled to Mexico extensively, approximately 12 times and as recently as the summer of 2022; and (5) in that context, his recent social media posts about fleeing to Mexico if he were to face significant criminal charges are particularly relevant to the Court's assessment of his flight risk.  These findings are made without prejudice to the defendant's right to seek review of defendant's detention, or file a motion for reconsideration if circumstances warrant it.

Pursuant to 18 U.S.C. § 3142(i), IT IS ORDERED THAT:

1. The defendant be, and hereby is, committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. The defendant be afforded reasonable opportunity for private consultation with counsel; and

3. On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which the defendant is confined shall deliver the defendant to an authorized United States Marshal for the purpose of any appearance in connection with a court proceeding.

IT IS SO ORDERED.

DATED: September 14, 2022

_____
HONORABLE JOSEPH C. SPERO
Chief United States Magistrate Judge