| | |
|---|---|
| 1 | STEVEN G. KALAR |
| 2 | Kalar Law Office |
|   | 1569 Solano Avenue #312 |
| 3 | Berkeley CA 94707 |
|   | Telephone:   (415) 295-4675 |
| 4 | Facsimile:   (415) 338-9950 |
|   | Email:        Steven@KalarLaw.com |
| 5 | |
| 6 | Counsel for Defendant Molinero-Alcaraz |

**FILED**

Oct 11 2022

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No.: CR 3:22-MJ-71179-MAG-3 |
|---|---|
| Plaintiff, | **STIPULATED [PROPOSED] ORDER CONTINUING STATUS APPEARANCE** |
| v. | |
| RICARDO MOLINERO-ALCARAZ, | |
| Defendant. | |

The defendant Ricardo Molinero-Alcaraz was ordered detained by the Honorable Chief Magistrate Judge Joseph Spero. The United States Marshal was ordered to transfer the defendant to the Middle District of Tennessee, the charging district for this case. The matter was added to this Court's calendar on October 12, 2022, to check on the transfer of Mr. Molinero-Alcarez.

In this stipulated order the government represents that the U.S. Marshal has reported that Mr. Molinero-Alcaraz has been moved from Santa Rita Jail and is currently in transit. He has not, however, yet arrived in Tennessee.

Therefore, the parties move the Court to vacate the status appearance set for October 12, 2022. The parties ask that the matter be added to the duty magistrate's calendar on Tuesday, November 15, 2022 at 10:30 a.m for further status regarding the transfer.

If the government learns that Mr. Molinero-Alaraz has arrived in Tennessee before that date, it shall inform the Court and the status appearance shall be taken off of calendar.

Dated:   October 11, 2022

IT IS SO STIPULATED.

STEVEN G. KALAR
Kalar Law Office

          /S
Counsel for Molinero-Alcaraz

Dated:   October 11, 2022

STEPHANIE HINDS
United States Attorney
Northern District of California

          /S
LEIF M. DAUTCH
Assistant United States Attorney

IT IS SO ORDERED.

Dated: 10/11/2022

THOMAS ~~HIXON~~ HIXSON
United States Magistrate Judge

NORTHERN DISTRICT OF CALIFORNIA

STIPULATED [~~PROPOSED~~] ORDER RE: RULE 5 STATUS APPEARANCE
*MOLINERO-ALCARAZ*, CR 3:22-mj-71179-MAG-3

2